Dismissed and Memorandum Opinion filed July 28, 2011.



 



In The

 

Fourteenth Court of
Appeals

                                                                                          



NO. 14-11-00290-CV



 

Richard Chuba, Appellant

V.

Riverside Inn, Appellee

 



On Appeal from the 113th
District Court

Harris County, Texas

Trial Court Cause No. 2010-47535



 

MEMORANDUM  OPINION

 

Appellant filed a notice of appeal without
designating a final judgment from which he is appealing.  According to the
clerk’s record, an order was signed on April 15, 2011, sustaining a contest to
his pauper’s oath.  According to the record filed with this court, no other
order has been entered in this case.

Generally, appeals may be taken only from final
judgments.  Lehmann v. Har-Con Corp., 39 S.W.3d 191, 195 (Tex. 2001). 
Interlocutory orders may be appealed only if permitted by statute.  Bally
Total Fitness Corp. v. Jackson, 53 S.W.3d 352, 352 (Tex. 2001); Jack B.
Anglin Co., Inc. v. Tipps, 842 S.W.2d 266, 272 (Tex. 1992) (orig.
proceeding).

There is no statute providing for an interlocutory
appeal of the court’s ruling on indigency for trial proceedings.  Lomax v.
Thomas, No. 14-08-00163-CV, 2008 WL 4308610, *1 (Tex. App.—Houston [14th
Dist.] Aug. 28, 2008, no pet.) (memo. op.). Thus, an order denying indigent
status may not be appealed before entry of final judgment.  In contrast, a
trial court’s indigency ruling pertaining to an already pending appeal is
appealable.  See In re Arroyo, 988 S.W.2d 737, 738–39 (Tex. 1998) (orig.
proceeding).

On June 27, 2011, notification was transmitted to the
parties of this court’s intention to dismiss the appeal for want of
jurisdiction unless appellant filed a response demonstrating grounds for
continuing the appeal on or before July 8, 2011.  See Tex. R. App. P.
42.3(a).  No response has been filed.

We are without jurisdiction over this appeal. 
Accordingly, the appeal is ordered dismissed.

 

                                                                                    PER
CURIAM

 

 

 

Panel consists of Justices Anderson,
Brown, and Christopher.